IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

**Motion GRANTED.**

| | |
|---|---|
| **Adam Ortega,** | ] |
| on behalf of himself and all those similarly situated | ] ] ] |
| | ] Case No: 3:14-CV-1474 |
| vs. | ] |
| | ] Judge Trauger/Griffin |
| **Philip Krajeck and Team Chow, LLC.** | ] ] |
| **Defendants.** | ] |

### Plaintiff's Unopposed Motion for Conditional Certification

Comes Plaintiff and moves this Court to conditionally certify the proposed class in this matter. Defendants have agreed not to oppose this motion; without waiving any defenses to the claims of Plaintiffs and/or those similarly situated. Specifically Plaintiff requests the court:

1. Conditionally certify the Class, consisting of all present and former employees who performed the job duties of a "line cook"[1] on behalf of Philip Krajeck and/or Team Chow, LLC from November 12, 2010 to present;

2. Approve the contents of an agreed Court-Supervised Notice and Consent form which the parties will submit within 14 days of the Initial Case Management Conference;

3. Grant permission for Plaintiffs to mail, email, or otherwise produce the approved Court-Supervised Notice and Consent Form to potential Class Members. Defendant will also post the proposed notice in their place of business mutually agreeable to both parties.

---

[1] The parties will have a more detailed description of the persons who fit the title of "line cook" in the proposed notice submitted.